

July 30, 2025

Hon. Judge Jesse M. Furman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:    **WILLIAMS v. WHITE WALKER LLC, et al.**
          **DOCKET NO. 1:25-cv-3480**

Dear Judge Furman:

    The undersigned represents Jeffery Williams, the plaintiff in the above-referenced matter. I write to request a 30-day adjournment of the initial conference, currently scheduled for August 7th (Doc. 7). This request for an adjournment is made jointly by the appearing parties.

    The parties request an adjournment because we have not yet completed a Rule 26(f) conference or the required pre-conference submissions. However, the parties have engaged in early settlement discussions, and early resolution appears likely. Accordingly, the undersigned respectfully requests a 30-day adjournment of the conference.

    I expect the parties will be fully prepared to appear within that time frame should the matter not resolve beforehand. I thank the Court for its time and consideration on this matter.

Respectfully,

/s/ Gabriel A. Levy

Application GRANTED. The initial pretrial conference is hereby ADJOURNED to **September 11, 2025, at 9:00 a.m.** The Clerk of Court is directed to terminate ECF No. 11.

SO ORDERED.

*[signature]*

July 30, 2025